USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Omega Consulting, as Assignee of Jose Intriago & Lucina Santana<br>**Plaintiff**<br><br>-v-<br><br>ContiFinancial Corporation<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:09-cv-02628-PKC<br><br><br>Order ~~Substituting Real Party~~  PKC |

Having reviewed Plaintiff's Ex-Parte Motion For Substitution of Real Party In Interest in this Court, and being cognizant of law and facts, *(the motion to substitute)*

IT IS HEREBY ORDERED ADJUDGED AND DECREED: That Eric Dangerfield ~~is hereby substituted~~ as the real party in interest in this matter, ~~and~~ Plaintiff shall serve a copy of this order on Defendant via ordinary mail postage-prepaid within seven days of the date of this order.

SIGNED on this 15 day of April, 2009.

By: _____
USDJ

*(is denied without prejudice to renewal at the Initial Conference)*

*(and plntff's motion)*