UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OMEGA CONSULTING,

                              Plaintiff,

              -against-

CONTIFINACIAL CORPORATION,

                              Defendant.
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09
```

09 Civ. 2628 (PKC)(GWG)

ORDER ADOPTING REPORT
AND RECOMMENDATION

P. KEVIN CASTEL, District Judge:

            This action was referred to Magistrate Judge Gabriel W. Gorenstein for general

pretrial supervision. (Order of May 29, 2009)  Based upon plaintiff's failure to comply with Rule

4(m) and the warning contained in the Magistrate Judge's Order of June 23, 2009, Judge Gorenstein

issued a Report and Recommendation, filed August 20, 2008, which recommended that the action be

dismissed without prejudice (the "R & R").

            The R & R advised the parties that they had ten days from service of the R & R to file

any objections, and warned that failure to timely file such objections would result in waiver of any

right to object.  As of the date of this Order, no objections have been filed and no request for an

extension of time to object has been made.  The R & R expressly called plaintiff's attention to Rule

72(b), Fed. R. Civ. P., and 28 U.S.C. § 636(b)(1). Plaintiff received clear notice of the consequences

of the failure to object and has waived the right to object to the R & R or obtain appellate review.

See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.), cert. denied, 506 U.S. 1038 (1992).  See also

Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

2

The R & R is adopted and the action is dismissed without prejudice.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 10, 2009